In the Matter of M. E. CONRAN Co., INC., Judgment Creditor, Respondent, and ISIDORE WEISSBERGER & M. M. LEICHTER, Constituting the Firm of Weissberger & Leichter, Substituted Judgment Creditors, Respondents, against MELVIN PINE, Judgment Debtor, Appellant, et al., Judgment Debtors.

Submitted November 13, 1944; decided November 22, 1944.

*Irving Lemov* for motion.

*M. M. Leichter,* in person, and *Henry Chant,* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.